HAC/js
03/30/20

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   19-51953 |
| SCOTT & KIMBERLY LIGGETT | ) | CHAPTER 7 |
| Debtor(s) | ) | BANKRUPTCY JUDGE: ALAN M. KOSCHIK |
| | ) | |
| | ) | **OBJECTION TO EXEMPTION** |
| | ) | |

    Now comes Harold A. Corzin,  Chapter 7 Trustee herein, and objects to the debtors' claimed exemption stated and claimed on March 27, 2020.  The specific exemption which is the subject of this Objection is a $2,000.00 exemption charged against the debtor's 2019 tax refund.  The debtor's exemption is based upon O.R.C. 2329.66 (A)(9)(f).  That statute exempts "disability financial assistance payments as exempted by Section 5115.06 of the Ohio Revised Code".  The exemption is inapplicable.

    WHEREFORE, the Trustee prays that said exemption be disallowed.

    /s/ Harold A. Corzin
    HAROLD A. CORZIN, TRUSTEE
    Ohio Bar No.  0005021
    304 N. Cleveland-Massillon Road
    Akron, Ohio 44333
    (330) 670-0770 Voice
    (330) 670-0297 Facsimile
    Hcorzin@csu-law.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Objection was served this 30th day of March, 2020 upon:

Debtors:
Scott & Kimberly Liggett
1247 Squires Drive
Mogadore, OH 44260
(Regular U. S. Mail)

Attorney for Debtors:
Rebecca Sremack
(electronic service)

Office of the United States Trustee
(electronic service)

                                         /s/Harold A. Corzin
                                         HAROLD A. CORZIN

## **NOTICE OF TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS**

**HAROLD A. CORZIN, Chapter 7 Trustee, has filed papers with the court objecting to certain exemption(s) claimed by debtor(s) of this estate.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to sustain this objection, or if you want the court to consider your views on the Notice, then on or before April 22, 2020 you or your attorney must:

**File with the court a written request for a hearing at:**

> Clerk of Courts
> U. S. Bankruptcy Court
> 455 Federal Building-Courthouse
> 2 South Main Street
> Akron, Ohio 44308

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

> Harold A. Corzin
> Chapter 7 Trustee
> 304 N. Cleveland-Massillon Road
> Akron, Ohio 44333

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Objection and may enter an order granting that relief.

3/30/20

/s/Harold A. Corzin_____
HAROLD A. CORZIN, TRUSTEE (#0005021)
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com