HAC/js
05/11/20

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.   19-51953 |
| SCOTT & KIMBERLY LIGGETT | ) | CHAPTER 7 |
| Debtor(s) | ) | BANKRUPTCY JUDGE: ALAN M. KOSCHIK |
| | ) | |
| | ) | **OBJECTION TO EXEMPTION**S |
| | ) | |

  Now comes Harold A. Corzin,  Chapter 7 Trustee herein, and objects to the debtors' claimed exemptions in liquid assets including federal and state tax refunds.

  For cause, the Trustee states as follows: the debtors' filed this joint Chapter 7 proceeding on August 30, 2019.  The original Schedule C set forth a full wild card exemption in a 2008 Honda Ridgeline vehicle.  The debtors' Schedules reveal that this vehicle is owned by husband.  The original Schedule C also claimed a wild card exemption in Coca Cola stock.  On October 23, 2019 debtors' filed their first Amended Schedules.  It appears that this first amendment to the Schedules added a partial wild card exemption in a 2004 Chevrolet Blazer owned by wife.  The debtors next amended their Schedule C on March 27, 2020.  A partial wild card exemption was applied to tax refunds by way of this amendment. On April 7, 2020 Schedule C was again amended.  Finally, on May 5, 2020 the most recent amended Schedules were filed.  It appears that a majority of the wild card exemption was removed from the Honda Ridgeline vehicle.  The debtors' assert an exemption in tax refunds in the amount of $2,250.64.  While the current application of wild card exemptions

does not appear to exceed statutory maximums the Trustee cannot determine the manner in which the wild card exemptions are being utilized. The Trustee requests that the debtors' Schedule C again be amended so that the use of the wild card exemptions by both husband and wife is clearly delineated.

WHEREFORE, the Trustee prays that the exemptions as currently claimed be disallowed.

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE
Ohio Bar No. 0005021
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770 Voice
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Objection was served this 11th day of May, 2020 upon:

Debtors:
Scott & Kimberly Liggett
1247 Squires Drive
Mogadore, OH 44260
(Regular U. S. Mail)

Attorney for Debtors:
Rebecca Sremack
(electronic service)

Office of the United States Trustee
(electronic service)

/s/Harold A. Corzin
HAROLD A. CORZIN

## NOTICE OF TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTIONS

**HAROLD A. CORZIN, Chapter 7 Trustee, has filed papers with the court objecting to certain exemption(s) claimed by debtor(s) of this estate.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to sustain this objection, or if you want the court to consider your views on the Notice, then on or before June 3, 2020 you or your attorney must:

**File with the court a written request for a hearing at:**

>Clerk of Courts
>U. S. Bankruptcy Court
>455 Federal Building-Courthouse
>2 South Main Street
>Akron, Ohio 44308

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

>Harold A. Corzin
>Chapter 7 Trustee
>304 N. Cleveland-Massillon Road
>Akron, Ohio 44333

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Objection and may enter an order granting that relief.

5/11/20

/s/Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE (#0005021)
304 N. Cleveland-Massillon Road
Akron, Ohio 44333
(330) 670-0770
(330) 670-0297 Facsimile
Hcorzin@csu-law.com