```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                              Case No. 19-51953-amk
Scott T. Liggett                                                    Chapter 7
Kimberly M. Liggett
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0647-5          User: mknot              Page 1 of 1            Date Rcvd: May 11, 2020
                              Form ID: 240             Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2020.
db/db          +Scott T. Liggett,    Kimberly M. Liggett,    1247 Squires Drive,    Mogadore, OH 44260-9753

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: Bankruptcy.notices@tax.state.oh.us May 11 2020 23:11:20
                 Ohio Department of Taxation,    Attn: Bankruptcy Division,    PO Box 530,
                 Columbus, OH  43216-0530
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2020 23:17:44
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2020 at the address(es) listed below:
              Harold A. Corzin    hcorzin@csu-law.com, ccorzin@aol.com;oh32@ecfcbis.com
              Harold A. Corzin   hcorz03    on behalf of Trustee Harold A. Corzin hcorzin@csu-law.com
              Joshua Ryan Vaughan    on behalf of Creditor   Ohio Department of Taxation
               jvaughan@amer-collect.com,    SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com
              Rebecca J. Sremack    on behalf of Debtor Scott T. Liggett rebecca@sremacklaw.com
              Rebecca J. Sremack    on behalf of Debtor Kimberly M. Liggett rebecca@sremacklaw.com
                                                                                              TOTAL: 5

Northern District Of Ohio  
455 John F. Seiberling Federal Building  
US Courthouse  
2 South Main Street  
Akron, OH 44308  
**Case No. 19−51953−amk**

**In re:**

| | |
|---|---|
| Scott T. Liggett | Kimberly M. Liggett |
| **Aka** −Scott Thomas Liggett, Scott Liggett | 1247 Squires Drive |
| 1247 Squires Drive | Mogadore, OH 44260 |
| Mogadore, OH 44260 | |

**Social Security No.:**

xxx−xx−4126                                                                                    xxx−xx−6797

### NOTICE OF OBJECTION TO CLAIM

RE: Liquid Assets including Federal and State Tax returns

Trustee, Harold Corzin filed an objection to your claim in this bankruptcy case.

Your Claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

**File with the court a written response at:**  
455 John F. Seiberling Federal Building  
US Courthouse  
2 South Main Street  
Akron, OH 44308

**You must also mail a copy to the above named debtor(s) and:**

**Trustee**  
Harold A. Corzin  
304 N Cleveland−Massillon Road  
Commonwealth Square  
Akron, OH 44333

| | |
|---|---|
| **Debtor's Attorney** | |
| Rebecca J. Sremack | **Movant's Attorney** |
| Sremack Law Firm | N/A trustee |
| 2745 S. Arlington Road | |
| Akron, OH 44312 | |

**And attend the hearing scheduled to be held on:**  
June 10, 2020   **at**   10:30 AM  
US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building, Akron, OH 44308−1810

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

| | |
|---|---|
| **Dated:** May 11, 2020 | For the Court |
| Form ohnb240 | Josiah C. Sell, Clerk |