Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308
**Case No. 19−51953−amk**

**In re:**

| | |
|---|---|
| Scott T. Liggett | Kimberly M. Liggett |
| **Aka** −Scott Thomas Liggett, Scott Liggett | 1247 Squires Drive |
| 1247 Squires Drive | Mogadore, OH 44260 |
| Mogadore, OH 44260 | |

**Social Security No.:**

xxx−xx−4126                                                                 xxx−xx−6797

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Harold A. Corzin is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** April 27, 2021                                **BY THE COURT**
Form ohnb136a                                /s/ Alan M. Koschik
                                                                United States Bankruptcy Judge